## MILTON V. McKEE.

### *Ejectment.*

(Decided Nov. 14, 1907.)

APPEAL from Washington Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

E. P. WILSON, and GRANADE & GRANADE, for appellant.

JOHN S. GRAHAM, and SMITH, FOSTER & SMITH, for appellee.

Per Curiam.—Appeal dismissed.